## L. T. Epps for use of L. C. Braasch, Appellee, v. Illinois Central Railroad Company, Appellant.

### (Not to be reported in full.)

Appeal from the City Court of East St. Louis; the Hon. ROBERT H. FLANNIGAN, Judge, presiding. Heard in this court at the October term, 1915. Reversed. Opinion filed April 17, 1916.

### Statement of the Case.

Garnishee proceedings by L. T. Epps for the use of L. C. Braasch, plaintiff, against Illinois Central Railroad Company, defendant. From a judgment for plaintiff, defendant appeals.

KRAMER, KRAMER & CAMPBELL, W. H. HEBENSTREIT and R. H. WIECHERT, for appellant; JOHN G. DRENNAN, of counsel.

No appearance for appellee.

MR. JUSTICE MCBRIDE delivered the opinion of the court.

### Abstract of the Decision.

1. GARNISHMENT, § 100*—*when evidence insufficient to sustain judgment*. In garnishment proceedings where the testimony was conflicting as to whether the garnishee was indebted to the judgment debtor or had the latter in its employ, evidence *held* insufficient to sustain the judgment.

2. GARNISHMENT, § 45*—*when court no jurisdiction of action to garnishee wages earned outside State*. Under Hurd's Rev. St., 1911, ch. 62, sec. 34a (J. & A. ¶ 5965), a court has no jurisdiction of an action to garnishee wages earned outside of the State in the absence of personal service of process on the original debtor.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.